IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Stanley Howard Rozanski - #81362

_____/

CV 10 80 127MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that Stanley Howard Rozanski has been enrolled as an inactive member of the State Bar of California pursuant to Rule 960 of the California Rules of Court and that he may not practice law while so enrolled effective April 20, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 16, 2010 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Stanley Howard Rozanski
Attorney At Law
11601 Wilshire Blvd Ste 500
Los Angeles, CA 90025