**FILED**

JUL 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br>Stanley Howard Rozanski,<br>    State Bar No 81362 | No CV 10 80127 MISC VRW<br><br>ORDER |

    On June 4, 2010, the court issued an order to show cause (OSC) why Stanley Howard Rozanski should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Rule 960 of the California Rules of Court, effective April 20, 2010.

    The OSC was mailed to Mr Rozanski's address of record with the State Bar on June 7, 2010. A written response was due on or before July 16, 2010. No response to the OSC has been filed as of this date.

    The court now orders Stanley Howard Rozanski removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

    Stanley Howard Rozanski

    _____/

Case Number: CV10-80127 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stanley Howard Rozanski
11601 Wilshire Blvd, Ste 500
Los Angeles, CA 90025

Dated: July 28, 2010

                                       Richard W. Wieking, Clerk
                                       By: Cora Klein, Deputy Clerk

                                       *Cora Klein* (signature)